# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 431 EAL 2019

        Respondent

         : Petition for Allowance of Appeal
         : from the Order of the Superior Court

        v.

CHARLES SHEPPARD,

        Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.